NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BERTRAND MARC

---

2010-1540
(Serial No. 10/468,449)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## JUDGMENT

---

JEFFREY M. GOEHRING, Young & Thompson, of Alexandria, Virginia, argued for the appellant. With him on the brief was Andrew J. Patch.

JOSEPH G. PICCOLO, Associate Solicitor, Office of the Solicitors, United States Patent and Trademark Office, of Alexandria, Virginia argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and BRIAN T. RACILLA, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, CLEVENGER, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 12, 2011          /s/ Jan Horbaly
Date                  Jan Horbaly
                      Clerk